155 So. 636

### R. W. OGBURN v. E. V. MONTAGUE.

#### I Div. 835.

Supreme Court of Alabama.
June 21, 1934.

Armbrecht & Twitty, of Mobile, for petitioner.

Birch & Meredith, of Mobile, opposed.

PER CURIAM.

Petition of R. W. Ogburn for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in Ogburn v. Montague, 155 So. 633.

Writ denied.

GARDNER, BOULDIN, FOSTER, and KNIGHT, JJ., concur.